IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOUNOUS CHEKKOURI,<br><br>                    *Petitioner*,<br><br>     v.<br><br>BARACK OBAMA, *et al.*<br><br>                    *Respondents*. | **FILED**<br>FEB - 3 2009<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 05-cv-0329 (PLF) |

[~~PROPOSED~~] ORDER

Upon consideration of Petitioner's unopposed motion for a stay, it is hereby

**ORDERED** that this case shall be stayed. It is further

**ORDERED** that the Protective Order in place in this action shall remain in force during the stay. It is further

**ORDERED** that the parties shall file a joint status report ~~in 60 days.~~ *on or before April 3, 2009*

**SO ORDERED.**

Date:

                                             PAUL L. FRIEDMAN
                                             United States District Judge

2/3/09

2