IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**FILED**

APR 20 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOUNOUS CHEKKOURI, )
)
Petitioner, )
)
v. ) Civil Action No. 05-cv-0329 (PLF)
)
BARACK OBAMA, et al., )
)
Respondents. )

## ORDER

Upon consideration of the parties' Joint Status Report dated April 3, 2009, it is hereby ORDERED that:

(1) This matter remains stayed pursuant to this Court's Order of February 2, 2009;

(2) The Protective Order in this matter shall continue to remain in place; and

(3) The Parties shall submit a joint status report no later than July 3, 2009.

_4/20/09_
Date

_/s/ Paul L. Friedman_
The Honorable Paul L. Friedman
United States District Judge