**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YOUNOUS CHEKKOURI,**     *Petitioner/Plaintiff,*     v. **BARACK OBAMA**, *et al.*,     *Respondents/Defendants.* | ) ) ) ) ) ) **Civil Action No. 05-329 (PLF)** ) ) ) ) ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner Younous Chekkouri today filed with the Court Security Office (CSO), through undersigned counsel, a Motion to Strike various exhibits attached to Respondents' Amended Factual Return.  While the contents of Petitioner's motion cannot be further elaborated, Petitioner restates his interest in open justice in these matters and asks that the CSO work with Respondents and conduct an expedited review of his Motion to Strike so that it may be placed in some form on the public docket as soon as possible.

Dated:  August 19, 2010

                                               Respectfully submitted,

                                               /s/   Tara Murray  /s/

                                               Tara Murray
                                               D.C. Bar No. 983134
                                               Clive A. Stafford Smith
                                               Louisiana Bar No. 14444
                                               Cori A. Crider
                                               New York Bar
                                               Reprieve

PO Box 52742
London EC4P 4WS
United Kingdom
+44 207 353 4640 (ph)
+44 207 353 4641 (fax)

*Counsel for Younous Chekkouri*