IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YOUNUS CHEKKOURI (ISN 197),  )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Petitioner,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　)<br>BARACK OBOMA,　　　　　　　　　)<br>President of the United States, *et al.,* 　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Respondents.　　　　　　)<br>　　　　　　　　　　　　　　　　　　) | Civil Action No. 05-329 (PLF) |

## NOTICE OF CLASSIFIED FILING

Pursuant to the Court's Protective Order in this case, notice is hereby given that on this date, Respondents' opposition to Petitioner's motion to strike, filed August 19, 2010, was filed with the Court Security Officer by Respondents and served upon counsel for Petitioner via the Court Security Officer.

Dated: September 2, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　TONY WEST
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　　Branch Director

　　　　　　　　　　　　　　　　　　　　　TERRY M. HENRY
　　　　　　　　　　　　　　　　　　　　　JAMES J. GILLIGAN
　　　　　　　　　　　　　　　　　　　　　Assistant Branch Directors

　　　　　　　　　　　　　　　　　　　　　*/s/ Timothy A. Johnson*
　　　　　　　　　　　　　　　　　　　　　ANDREW I. WARDEN
　　　　　　　　　　　　　　　　　　　　　STEPHEN M. ELLIOTT
　　　　　　　　　　　　　　　　　　　　　TIMOTHY A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　United States Department of Justice

2

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-1359
Fax: (202) 616-8470

*Attorneys for Respondents*