IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOUNUS CHEKKOURI (ISN 197), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-329 (PLF) |
| ) | |
| BARACK OBAMA, ) | |
| President of the United States, *et al.,* ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF *EX PARTE* FILING

Respondents hereby give notice that on November 19, 2010 they submitted by hand *ex parte* and *in camera* their motion for exception from disclosure pursuant to section I.F. of the Case Management Order.

Dated: November 19, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

*/s/ Timothy A. Johnson*
ANDREW I. WARDEN
STEPHEN M. ELLIOTT
TIMOTHY A. JOHNSON
TRISH MASKEW
United States Department of Justice
Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-1359
Fax:  (202) 616-8470

*Attorneys for Respondents*