# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| No. 08-5233 | September Term 2010 |
|---|---|
| | 04-cv-01136, 04-cv-01164, 04-cv-01194, 04-cv-01254, 04-cv-01937, 04-cv-02022, 04-cv-02035, 04-cv-02046, 04-cv-02215, 05-cv-00023, 05-cv-00247, 05-cv-00270, 05-cv-00280, 05-cv-00329, 05-cv-00359, 05-cv-00392, 05-cv-00492, 05-cv-00520, 05-cv-00526, 05-cv-00569, 05-cv-00634, 05-cv-00748, 05-cv-00763, 05-cv-00764, 05-cv-00833, 05-cv-00877, 05-cv-00881, 05-cv-00883, 05-cv-00889, 05-cv-00892, 05-cv-00994, 05-cv-00995, 05-cv-00998, 05-cv-00999, 05-cv-01048, 05-cv-01124, 05-cv-01189, 05-cv-01236, 05-cv-01244, 05-cv-01347, 05-cv-01353, 05-cv-01429, 05-cv-01457, 05-cv-01458, 05-cv-01490, 05-cv-01497, 05-cv-01504, 05-cv-01505, 05-cv-01506, 05-cv-01509, 05-cv-01555, 05-cv-01592, 05-cv-01601, 05-cv-01607, 05-cv-01623, 05-cv-01638, 05-cv-01639, 05-cv-01645, 05-cv-01646, 05-cv-01649, 05-cv-01704, 05-cv-01725, 05-cv-01971, 05-cv-01983, 05-cv-02010, 05-cv-02083, 05-cv-02088, 05-cv-02104, 05-cv-02185, 05-cv-02186, 05-cv-02199, 05-cv-02200, 05-cv-02249, 05-cv-02349, 05-cv-02367, 05-cv-02371, 05-cv-02379, 05-cv-02380, 05-cv-02381, 05-cv-02384, 05-cv-02385, 05-cv-02386, 05-cv-02387, 05-cv-02444, 05-cv-02477, 05-cv-02479, 06-cv-00618, 06-cv-01668, 06-cv-01674, 06-cv-01684, 06-cv-01688, 06-cv-01690, 06-cv-01691, 06-cv-01758, 06-cv-01759, 06-cv-01765, 06-cv-01766, 06-cv-01767, 07-cv-01710, 07-cv-02337, 07-cv-02338, 08-cv-01085, 08-cv-01101, 08-cv-01104, 09-cv-00745, 10-cv-01020 |



Filed On: September 3, 2010

Omar Khadr, Detainee, Camp Delta,

    Appellee

    v.

Barack Obama, President of the United States, et al.,

    Appellants

------------------------------



A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5233**                                                                     **September Term 2010**

Consolidated with 08-5234, 08-5235,
08-5236, 08-5237, 08-5238, 08-5239,
08-5240, 08-5241, 08-5242, 08-5243,
08-5244, 08-5245, 08-5246, 08-5247,
08-5248, 08-5249, 08-5250, 08-5251,
08-5252, 08-5253, 08-5254, 08-5255,
08-5256, 08-5257, 08-5258, 08-5259,
08-5260, 08-5261, 08-5262, 08-5264,
08-5265, 08-5266, 08-5267, 08-5268,
08-5269, 08-5270, 08-5272, 08-5273,
08-5274, 08-5275, 08-5276, 08-5277,
08-5278, 08-5280, 08-5281, 08-5282,
08-5283, 08-5284, 08-5285, 08-5286,
08-5288, 08-5289, 08-5291, 08-5292,
08-5293, 08-5294, 08-5295, 08-5296,
08-5297, 08-5299, 08-5300, 08-5301,
08-5302, 08-5303, 08-5304, 08-5305,
08-5306, 08-5308, 08-5309, 08-5310,
08-5311, 08-5312, 08-5313, 08-5314,
08-5315, 08-5317, 08-5318, 08-5319,
08-5320, 08-5321, 08-5322, 08-5323,
08-5325, 08-5326, 08-5327, 08-5328,
08-5329, 08-5330, 08-5332, 08-5333,
08-5334, 08-5335, 08-5336, 08-5338,
08-5339, 08-5340, 08-5341, 08-5342,
08-5343, 08-5345, 08-5346, 08-5347

**BEFORE:**   Ginsburg, Brown, and Griffith, Circuit Judges

### ORDER

Upon consideration of the government's motion to vacate and remand; the court's order to show cause filed April 29, 2010, the lodged joint response thereto, and the consolidated reply; the motion to exceed the page limit for the joint response; and the response in No. 08-5327, respondents' reply, and petitioner's reply thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the motion to exceed the page limit be granted.  The Clerk is directed to file the lodged joint response.  It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5233**                                    **September Term 2010**

---

     **FURTHER ORDERED** that the district court's order requiring advance notice of transfer, entered in Misc. No. 08-442, In Re: Guantanamo Bay Detainee Litigation (D.D.C. July 10, 2008), and in civil actions named therein, be vacated. See Kiyemba v. Obama, 561 F.3d 509 (D.C. Cir. 2009).

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                   BY:   /s/
                            Scott H. Atchue
                            Deputy Clerk