IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOUNUS CHEKKOURI (ISN 197), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-329 (PLF) |
| ) | |
| BARACK OBAMA, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF CLASSIFIED FILING

Pursuant to the Court's Protective Order in this case, notice is hereby given that on this date, Respondents' supplemental brief addressing new allegations of abuse, coercion, and mistreatment was filed with the Court Security Officer by Respondents and served upon counsel for Petitioner via the Court Security Officer.

Dated: May 27, 2011                     Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

                                        JOSEPH H. HUNT
                                        Branch Director

                                        TERRY M. HENRY
                                        JAMES J. GILLIGAN
                                        Assistant Branch Directors

                                        */s/ Timothy A. Johnson*
                                        ANDREW I. WARDEN
                                        STEPHEN M. ELLIOTT
                                        TIMOTHY A. JOHNSON
                                        TRISH MASKEW

2

THOMAS A. GILLICE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-1359
Fax: (202) 616-8470

*Attorneys for Respondents*