IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YOUNOUS CHEKKOURI,**<br>**(ISN 197)**<br><br>              Petitioner,<br><br>      v.<br><br>**BARACK OBAMA,** *et al.*,<br><br>              Respondents. | Civil Action No. 05-329 (PLF) |

## NOTICE OF FILING

**Please take notice** that on June 7, 2011, Petitioner Younous Chekkouri filed, through the Court Security Officer at the Secure Facility, a Motion to continue the deadline to respond to the government's filing of May 27, 2011 ('Abuse Brief'). The basis of the motion is that the May 27 Abuse Brief is far too voluminous to admit of any substantive response by the current filing deadline of June 14, 2011. It argues, in the alternative, that the brief should be struck for (significant) failure to conform to the 45-page limit for motions/oppositions (LCvR 7(e)) and failure to seek counsel's agreement to an extension of those page limits (LCvR 7(m)).

Counsel conferred with opposing counsel about the subject of this motion per LCvR 7(m); the government has indicated that the motion is opposed in part (the government consented to an extension of briefing in principle, but would not agree that as part of the briefing counsel could add information to rebut any of the new information in the government's pleadings aside from documents the government itself disclosed in discovery.)

Counsel is available for a status conference at the Court's convenience and has suggested Thursday, June 9, 2011 in the motion, but is also available tomorrow.

Dated: June 7, 2011

                                    Respectfully Submitted,

                                    /s/ Cori Crider

Cori Crider, admitted to the NY Bar
Tara Murray, DC Bar No. 983134
Clive Stafford Smith, LA Bar No. 14444

REPRIEVE
P.O. Box 52742
London EC4P 4WS
United Kingdom
Office: 011 44 207 353 4640
Fax: 011 44 207 353 4641
tara.murray@reprieve.org.uk
cori@reprieve.org.uk
cstaffordsmith@googlemail.com

*Counsel for Younous Chekkouri*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2011, I filed and served the foregoing on ECF.

June 7, 2011                              _Cori Crider_