# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 05-5224** | **September Term 2010** |

04cv01194, 04cv01254, 04cv02035,
04cv02215, 05cv00023, 05cv00280,
05cv00329, 05cv00359, 05cv00392,
05cv00520, 05cv00526, 05cv00634,
05cv00881, 05cv00998, 05cv01048,
05cv01236, 05cv01429, 05cv01645,
05cv01649, 05cv01983, 05cv02186

**Filed On:** April 25, 2011

Mahmoad Abdah, Detainee, Camp Delta, et al.,

      Appellees

v.

Barack Obama, President of the United States, et al.,

      Appellants

------------------------------

Consolidated with 05-5225, 05-5227, 05-5229,
05-5230, 05-5235, 05-5236, 05-5237,
05-5238, 05-5243, 05-5244, 05-5248,
05-5337, 05-5338, 05-5374, 05-5390,
05-5398, 05-5479, 05-5484, 06-5041, 06-5065



**BEFORE:**    Henderson, Tatel, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the court's order to show cause filed July 29, 2010, appellees' response thereto, and the reply; and appellees' motion to hold the cases in abeyance pending disposition of the petition for initial hearing en banc and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion to hold in abeyance be dismissed as moot in light of the court's order denying the petition for initial hearing en banc. It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5224**                                                    **September Term 2010**

---

**FURTHER ORDERED** that the district court's orders requiring advance notice of transfer are hereby vacated.  See Kiyemba v. Obama, 561 F.3d 509 (D.C. Cir. 2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**