**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| YUNIS ABDURRAHMAN SHOKURI (ISN 197), | ) ) ) | |
| Petitioner, | ) | Civil Action No. 05-0329 (PLF) |
| | ) | |
| v. | ) | FILED UNDER SEAL |
| | ) | |
| BARACK H. OBAMA, et al., | ) | |
| Respondents. | ) | |
| | ) | |

<u>**RESPONDENTS' NOTICE OF FILING**</u>

Respondents hereby provide notice that they filed under seal with the Clerk's Office today a protected information submission, entitled "Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 197," along with a marked version of the factual return for Yunis Abdurrahman Shokuri (ISN 197).

Dated: October 4, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

   */s/ Kristina A. Wolfe*
KRISTINA A. WOLFE
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Fifth Floor
Washington, DC 20530

TEL: (202) 353-4519

Attorneys for Respondents