## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**YOUNOUS CHEKKOURI,**

        Petitioner,

     v.

**BARACK OBAMA, *et al.,***

        Respondents.

Civil Action Nos. 05-329 (UNA)

## WITHDRAWAL OF APPEARANCE

      Undersigned counsel hereby withdraws as counsel for Petitioners in the above-captioned case.

Respectfully submitted,

DATED: July 11, 2016.

**CABLE HUSTON LLP**

By: s/ Jan K. Kitchel
      Jan K. Kitchel, OSB No. 784712
      jkitchel@cablehuston.com
      1001 SW Fifth Avenue, Suite 2000
      Portland, OR 97204
      (503) 224-3092 Telephone
      (503) 224-3176 Facsimile

      *Attorneys for Petitioner Younous Chekkouri*