UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
YOUNOUS CHEKKOURI,                  )
                                    )
          Petitioner,               )
                                    )
     v.                             )     Civil Action No. 05-0329 (PLF)
                                    )
BARACK H. OBAMA, et al.,            )
                                    )
          Respondents.              )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion issued this same day, it is hereby

ORDERED that petitioner's petition for a writ of habeas corpus [Dkt. No. 1] is DISMISSED for lack of subject matter jurisdiction. All remaining pending motions in this case are DENIED as moot. The Clerk of Court shall remove this case from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: July 29, 2016                United States District Judge